WELLS, Appellant, vs. BURNS BOILER & MANUFACTURING COMPANY and another, Respondents.

*May 4—May 21, 1907.*

APPEAL from a judgment of the circuit court for Brown county: S. D. HASTINGS, Circuit Judge. *Reversed.*

For the appellant there was a brief by *Wigman, Martin & Martin,* and oral argument by *P. H. Martin.*

For the respondents there was a brief by *Greene, Fairchild, North & Parker,* attorneys, and *H. O. Fairchild,* of counsel, and oral argument by *H. O. Fairchild.*

DODGE, J.  The situation of this plaintiff is substantially identical in all material respects with that of the plaintiff Wilcox in the accompanying case, *supra*, and the same result is reached herein for the reasons there stated.

*By the Court.*—Judgment reversed, and cause remanded with directions to enter judgment in accordance with the prayer of the complaint.